UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES JENKINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-0084-B |
| | § | |
| EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and NATIONSTAR MORTGAGE LLC, | § | |
| | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Parties' Joint Stipulation of Dismissal (Doc. 35). The Court finds that good cause exists for the Court to dismiss this Case.

It is **ORDERED** that all claims in Plaintiff's Complaint against Nationstar Mortgage LLC are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, including any attorney's fees.

SO ORDERED.

SIGNED: October 30, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE